IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HUBERT CARL STAPLES, | * |
| Petitioner, | * |
| vs. | * CASE NO. 4:13-CR-27-1 (CDL) |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on May 28, 2019. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court, including the denial of a certificate of appealability.

IT IS SO ORDERED, this 20th day of June, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA